UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 06-62

DANNY MAIDEN, PLAINTIFF,

v. **OPINION AND ORDER**

RODNEY HAWKINS, *Individually*,
CARROLLTON POLICE DEPARTMENT,
CITY OF CARROLLTON, KENTUCKY, et al.,  DEFENDANTS.

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

This matter is before the Court on the Motion of attorneys C. Gilmore Dutton III and Paul A. Zimlich to withdraw as attorneys-of-record for the Plaintiff (Rec. No. 16) and to extend the deadline for Plaintiff's expert disclosures (Rec. No. 15).

In their motions, attorneys Dutton and Zimlich explain that Plaintiff dismissed them as his counsel and that attorney Marc A. Bryant informed them that he now represents the Plaintiff in this matter. Attorneys Dutton and Zimlich therefore move the Court for permission to withdraw as attorneys-of-record for the Plaintiff. They also move the Court to grant Plaintiff's new counsel until June 1, 2007 to file expert reports in this matter.

The Court will GRANT the attorneys' motion to withdraw as the Plaintiff's attorneys-of-record but will DENY their motion to extend the expert disclosure deadline.

The Defendants have not objected to the extension. Nevertheless, at the time that the attorneys moved for the extension of time, it appears that the Plaintiff had already dismissed them and retained new counsel. Further, extending the deadline for Plaintiffs' expert disclosure will affect the deadline for the Defendant's expert disclosures, the deadline for discovery to be completed in this matter and, possibly the deadline for dispositive motions. Accordingly, the Court will DENY

the Motion. Plaintiff's new counsel may, however, reassert the motion if he desires.

For all these reasons, the Court hereby Orders as follows:

1) The Motion of attorneys Dutton and Zimlich (Rec. No. 16) to withdraw as attorneys-of-record for the Plaintiff in this matter is GRANTED and they are STRICKEN as attorneys-of-record for the Plaintiff; and

2) The Motion of attorneys Dutton and Zimlich (Rec. No. 15) to extend the Plaintiff's deadline to file expert disclosures is DENIED.

Dated this 10th day of April, 2007.

Signed By:

*Karen K. Caldwell* KKC

United States District Judge